

# ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 17th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

January 29, 2020

**VIA ECF**

Hon. Sarah L. Cave
Magistrate Judge
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, NY 10007

    Re:    *Valentine Reid v. Kataoka U.S. LTD.*
             Case No. 19-cv-7649 (VEC)(SLC)

Dear Magistrate Judge Cave:

    We are the attorneys for Kataoka U.S. LTD, the defendant in the above-referenced action. The parties are currently scheduled for a settlement conference before Your Honor on February 11, 2020. Due to conflicts with this date and the parties' ongoing settlement discussions amongst themselves, we respectfully request that the settlement conference be adjourned to March 26, 2020, a date which your chambers has confirmed is available. This application is made on consent of the plaintiff, and is the first such application to adjourn a settlement conference in this action.

                            Respectfully submitted,

                            *Barry G. Margolis*

                            Barry G. Margolis

cc: All parties via ECF

---

Defendant's Letter-Motion to adjourn the settlement conference (ECF No. 18) is GRANTED. The settlement conference is adjourned to **Thursday, March 26, 2020 at 10:00 am.** The parties' settlement submissions are due by **Friday, March 20, 2020**. The Clerk of Court is respectfully directed to close ECF No. 18.

SO-ORDERED 1/30/2020

SARAH L. CAVE
United States Magistrate Judge