**MEMO ENDORSED**



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020
```

# ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

1430 Broadway • 17th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

January 30, 2020

**VIA ECF**

Hon. Valerie E. Caproni
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 443
New York, New York 10007

    Re:    *Valentine Reid v. Kataoka U.S. LTD.*
           Case No. 19-cv-7649 (VEC)(SLC)

Dear Judge Caproni:

    We are the attorneys for Kataoka U.S. LTD, the defendant in the above-referenced action. This matter was referred for a settlement conference before Magistrate Sarah Cave. The settlement conference is now scheduled for March 26, 2020 per ECF Document No. 19. Accordingly, it is respectfully requested that the Initial Pre-Trial Conference (the "IPTC") currently scheduled for March 6, 2020 at 10:00 a.m. be adjourned to a date after March 26, 2020 and that defendant's time to move against or answer the Complaint be continued to be stayed until the date of the IPTC or the filing of a Stipulation of Dismissal, whichever is earlier. This application is made on consent of the plaintiff.

    Respectfully submitted,

    *Barry G. Margolis*

    Barry G. Margolis

cc:  All parties via ECF

---

Application GRANTED. The IPTC scheduled for March 6, 2020 is adjourned to **April 3, 2020 at 10:00 a.m.** Defendant's time to move against or answer the Complaint is stayed until the date of the IPTC or the filing of a Stipulation of Dismissal, whichever is earlier.

SO ORDERED.

*Valerie Caproni*    1/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE