USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
VALENTINE REID, on behalf of himself and
all others similarly situated,

                      Plaintiff,

           -against-

KATAOKA U.S., LTD.,

                      Defendant.
------------------------------------------------------------- X

19-CV-7649 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference in this matter is scheduled for **April 3, 2020 at 10:00 a.m.**;

IT IS HEREBY ORDERED THAT:

1. Due to ongoing concerns regarding the COVID-19 pandemic, the conference scheduled for April 3, 2020 is adjourned to **April 24, 2020 at 10:00 a.m**. The parties' joint submissions are due by **April 16, 2020**.

2. Defendant's time to move against or answer the Complaint is stayed until the date of the IPTC or the filing of a Stipulation of Dismissal, whichever is earlier

**SO ORDERED.**

**Date: March 13, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI
United States District Judge**