UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTIN REID,

        Plaintiff,

against

KATAOKA U.S. LTD.,

        Defendant.

CIVIL ACTION NO.: 19 Civ. 7649 (VEC) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Settlement Conference scheduled for April 27, 2020 is rescheduled to **Thursday, May 28, 2020 at 2:00 pm** with settlement submissions due by **Friday, May 22, 2020**.

Dated:     New York, New York
           April 13, 2020

                      SO ORDERED

                      _____
                      **SARAH L. CAVE**
                      **United States Magistrate Judge**