
**MEMO ENDORSED**

**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**

1430 Broadway • 17th Floor • New York, NY 10018 • P: 212-201-1170 • F: 212-201-1171 • www.agmblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

May 13, 2020

<u>VIA ECF</u>

Hon. Valerie E. Caproni  
United States District Court Judge  
United States District Court  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square, Room 443  
New York, New York 10007  

Hon. Sarah L. Cave  
United States Magistrate Judge  
United Stated District Court  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street, Room 702  
New York, NY 10007

Re: *Valentine Reid v. Kataoka U.S. LTD.*  
Case No. 19-cv-7649 (VEC)(SLC)

Dear Judge Caproni and Magistrate Judge Cave:

We are the attorneys for Kataoka U.S. LTD, the defendant in the above-referenced action and write with the consent of plaintiff's counsel. This matter was referred for a settlement conference before Magistrate Sarah Cave. The settlement conference is currently scheduled for May 28, 2020 at 2:00 p.m.; an Initial Pre-Trial Conference (the "IPTC") is currently scheduled for May 29, 2020 at 10:00 a.m. Defendant's time to move against or answer the Complaint has been continued through the date of the IPTC (the parties were hopeful that the settlement conference would yield a resolution obviating the need for the defendant to respond to the complaint).

Unfortunately, the ongoing health crisis caused by the COVID-19 pandemic, and the tumultuous economic effects it is causing to virtually all businesses open to the public, including our client's SOHO store, makes for poor timing to attempt to settle this matter. Moreover, the representative of our client that operates the SOHO store remains in Japan and he is unable to return to the states for the indefinite future.

Under these circumstances, it is respectfully requested that the settlement conference and IPTC be adjourned, *sine die*, and that defendant's time to move against or answer the Complaint be continued to be stayed until after the date of the IPTC or the filing of a Stipulation of Dismissal, whichever is earlier.

Respectfully submitted,

*Barry G. Margolis*

Barry G. Margolis

cc: All counsel via *ECF*

The parties' Letter-Motion to adjourn the settlement conference (ECF No. 28) is GRANTED.  The settlement conference scheduled for May 28, 2020 is adjourned to **Wednesday, August 5, 2020 at 2:00 pm** with submissions due by **Thursday, July 30, 2020**.  The Settlement Conference will be in-person in Courtroom 18A, 500 Pearl Street, New York, New York.  The clerk of Court is respectfully directed to close ECF No. 28.

SO-ORDERED 5/19/2020

_____
SARAH L. CAVE
United States Magistrate Judge