UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTIN REID,

                              Plaintiff,

        against

KATAOKA U.S. LTD.,

                              Defendant.

CIVIL ACTION NO.: 19 Civ. 7649 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant's Letter-Motion to adjourn or cancel the settlement conference (ECF No. 34) is GRANTED IN PART AND DENIED IN PART.  The settlement conference scheduled for Wednesday, August 5, 2020, at 2:00 pm is adjourned sine die.

By **Friday, July 31, 2020**, the parties are directed to file a joint letter stating that they are **all** available for a settlement conference on one of the following days

1. Monday, August 10, 2020, from 8:30 am EDT through 11:30 am EDT (which is Tuesday, August 11, 2020, from 9:30 pm through 12:30 am in Japan); or

2. Tuesday, August 11, 2020, from 5:00 pm EDT through 8:00 pm EDT (which is Wednesday, August 12, 2020, from 6:00 am through 9:00 am in Japan).

The settlement conference will now be held by telephone.  The parties are directed to call the Court's conference line at the scheduled time:  866-390-1828, access code 3809799.  All parties who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

If any counsel would prefer to host the settlement conference through a secure video-teleconference service such as Zoom, rather than use the Court's conference line, after conferring and attaining the consent of opposing counsel, such counsel may offer to do so in the parties' joint letter and email, on July 31, 2020, all instructions pertinent to participating in the video-teleconference to Chambers at cave_nysdchambers@nysd.uscourts.gov, copying opposing counsel.

The Clerk of Court is respectfully directed to close ECF Nos. 34 and 35.


Dated:      New York, New York
            July 28, 2020

                              SO ORDERED


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**